THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 
 

v.

 
 
 
 Louis Sheppard, Appellant.
 
 
 
 

Appeal From Dorchester County
 Diane Schafer Goodstein, Circuit Court
Judge

Unpublished Opinion No. 2010-UP-118
 Submitted January 4, 2010  Filed February
11, 2010    

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Jay E. Hodge, Jr., of
 Cheraw, for Respondent.
 
 
 

PER CURIAM:  Louis
 Sheppard appeals his conviction and sentence for assault and battery with the
 intent to kill, arguing the trial court erred in refusing to direct a verdict
 of acquittal.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
Williams, Pieper,
 and Lockemy, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.